**112**

STATE of Missouri, Plaintiff/Respondent,

v.

James Albert MITCHELL,
Defendant/Appellant.

STATE of Missouri, Plaintiff/Respondent,

v.

John Elmer NICKELS,
Defendant/Appellant.

STATE of Missouri, Plaintiff/Respondent,

v.

Cletus PARKER, Defendant/Appellant.

STATE of Missouri, Plaintiff/Respondent,

v.

William A. MEADOWS,
Defendant/Appellant.

Nos. 67294–67297.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 26, 1995.

Neil Bruntrager, Mary Bruntrager, Bruntrager & Billings, St. Louis, for appellants.

Stephen V. Combs, Prosecuting Attorney, Jefferson County, Hillsboro, for respondent.

Before REINHARD, P.J., and KAROHL and DOWD, JJ.

*ORDER*

PER CURIAM.

Defendants appeal from judgments of conviction for first degree trespassing, § 569.140, RSMo 1986. They were each fined $25.00. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).